IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>ALEXANDER M. KINGSTON,<br><br>      Defendant. | **4:19CR3060**<br><br>**ORDER** |

IT IS ORDERED that Defendant's motion to review detention, (Filing No. 25), is granted in part and denied in part as follows:

1) Defendant's request for an ordering directing Pretrial Services to investigate whether determine the suitability of Tonya Kingston serving as a third-party custodian was granted.

2) Based on that investigation, Tonya Kingston is unwilling to serve in that capacity. As such, his request for a release hearing is denied.

June 27, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge